IN THE

TENTH COURT OF APPEALS

 




 
 
 
 
 
 
 


 

 



No. 10-08-00065-CV

 

In re
James Edwin Peeler

 

 



Original Proceeding

 



MEMORANDUM  Opinion



 

The petition for writ of mandamus is denied.  The
motion to dismiss of real-party-in-interest Baylor University is dismissed as moot.

 

 

                                                                                    BILL
VANCE

                                                                                    Justice

 

Before
Chief Justice Gray,

            Justice
Vance, and

            Justice
Reyna

(Chief Justice Gray concurs with the judgment with
the following note:  I agree with the arguments made in Baylor’s motion to
dismiss that because a final judgment has now been rendered in the underlying
proceeding, Peeler has an adequate remedy by direct appeal.  The petition for
writ of mandamus is thus properly denied.)

Petition
denied; motion to dismiss dismissed as moot

Opinion
delivered and filed March 12, 2008

[OT06]






une 30, 2011, the Clerk
of this Court notified Phillippi that pursuant to Rules 38.8(a)(1) and 42.3 of
the Texas Rules of Appellate Procedure, the Court would dismiss these appeals
for want of prosecution unless, within 21 days of the date of the letter, a
brief was filed in each of these appeals.  Phillippi was further warned that if
no briefs were filed by 5:00 p.m. on July 21, 2011, these appeals would be
dismissed.  Tex. R. App. P.
42.3(b).  No briefs were filed by the 5:00 p.m. deadline.

Accordingly, these appeals are
dismissed.

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Davis, and

            Justice
Scoggins

Appeal
dismissed

Opinion
delivered and filed August 3, 2011

Do
not publish 

[CV06]